# United States Bankruptcy Court
Western District of Wisconsin
U.S. Federal Courthouse
500 S. Barstow Street
P.O. Box 5009
Eau Claire, WI 54702–5009

In Re:  Case Number: 1–10–14315–tsu
 Chapter: 7
Kyle Michael Lautenbach
Erin Meryl Lautenbach

Debtor(s).

### ORDER AND NOTICE FOR HEARING ON DISMISSAL

The debtor(s) has failed to file a Certificate of Credit Counseling and a copy of the debt repayment plan (if any). Furthermore, in lieu of the Certificate of Credit Counseling, the debtor(s) has failed to file a certificate of exigent circumstances pursuant to 11 U.S.C. § 109(h)(3) or a request for exemption pursuant to 11 U.S.C. § 109(h)(4).

NOW, THEREFORE, pursuant to 11 U.S.C. § 521(b) and Bankruptcy Rule 1007(b),

**IT IS ORDERED** that the debtor(s) and the attorney for the debtor(s) shall appear before the Court at:

Place: U.S. Bankruptcy Court, to be conducted by telephone conference, call to be initiated by the Court

Date: June 28, 2010 at 10:05 AM

NOTE: Please contact the Court at 715–839–2985 at least 24 hours in advance of this hearing with a telephone number where the Court can reach you at the time of the hearing.

in order to show why this case should not be dismissed for cause pursuant to 11 U.S.C. § 707(a).

Dated: June 11, 2010

BY THE COURT

/s/ Thomas S. Utschig

_____

Hon. Thomas S. Utschig
U.S. Bankruptcy Judge